IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-cr-00231-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOLORES MABYARLETH CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Defendant's Motion to Seal [DE 39]. Pursuant to Local Criminal Rule 55.2 and for good cause shown, the motion is GRANTED as follows. The Clerk of the Court shall maintain under seal the document at DE 38 until further order of this Court. Copies of the sealed document may be provided to counsel for the parties at their requests.

SO ORDERED this 21st day of January, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE